1  Christopher E. McAteer (Bar No. 129012)
   Theresa C. McAteer (Bar No. 110301)
2  McAteer & McAteer, APLC
   110 West C Street, Suite 1500
3  San Diego, CA 92101
   (619) 338-9790; (619) 338-0105 fax
4
   Attorneys for Plaintiffs Heather Johnston and David F.
5  Dickins

6

7

8                    UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  HEATHER JOHNSTON and DAVID F. DICKINS, | CASE NO. 3:13-cv-523-W-BLM |
| 12             Plaintiffs, | Assigned to: Honorable Judge Thomas J. Whelan Magistrate Judge Barbara Lynn Major |
| 13       v. | |
| 14  IRONTOWN HOUSING COMPANY, INC., a reputed Utah corporation aka "IRONTOWN HOUSING CORPORATION, INC., a Utah Corporation"; RICHARD P. VALGARDSON aka RICK VALGARDSON, an individual, KAM VALGARDSON, an individual; and DOES 1 through 20, inclusive, | DECLARATION OF THERESA C. McATEER IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS (FIRST CAUSE OF ACTION ONLY) |
| 15 16 17 18 | |
| 19             Defendants. | Date: May 6, 2013 Time: n/a Courtroom: 3C Complaint Filed: January 8, 2013 Trial Date: Not Set |
| 20 21 | |
| 22 | [No Oral Argument per Local Rule 7.1(d)(1)] |

23  I, Theresa C. McAteer, declare as follows:

24  1.      I am an attorney duly licensed to practice before this Court and all courts of

25  the State of California. I am a principal of the law firm of McAteer & McAteer,

26  counsel for Plaintiffs in this matter.  I am able to state the matters recited herein of

27  my own personal knowledge.  If called before this court and placed under oath, I

28  could and would testify to the following facts.

2.     On March 24, 2013, I accessed the website for the California Contractors State License Board (CSLB) and used the site's search engine to retrieve the record for the licensed contractor having contractor's license number "949449." This search revealed that license number 949449 belongs to Defendant Richard Valgardson, as a "sole ownership" entity. Attached to this Declaration as Exhibit A is a true and correct copy of the information printed out from the website. Our firm has requested a certified copy of this licensure from the CSLB and will provide it to the Court upon receipt.

3.     On March 26, 2013, I accessed the CSLB website and searched for licensure information regarding Defendant IHC. The search revealed that Defendant IHC obtained a California contractor's license on March 19, 2013, and holds it as a "corporation." Attached to this Declaration as Exhibit B is a true and correct copy of the information printed out from the website.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of March, 2013, at San Diego, California.

s/Theresa C. McAteer
Theresa C. McAteer

DECLARATION OF THERESA C. McATEER IN SUPPORT OF PLAINTIFFS' MOTION FOR JUDGMENT

**EXHIBIT "A"**
**CSLB Website Printout – Richard Valgardson**



DEPARTMENT OF CONSUMER AFFAIRS
# Contractors State License Board

## Contractor's License Detail - License # 949449

⚠️ **DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

» CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.

» Per B&P 7071.17 , only construction related civil judgments reported to the CSLB are disclosed.

» Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.

» Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

| | |
|---|---|
| **License Number** | **949449**    **Extract Date** 3/24/2013 |
| | RICHARD PAUL VALGARDSON |
| **Business Information** | Business Phone Number: (801) 375-7486 |
| | 2202 SOUTH MOUNTAIN VISTA LANE<br>PROVO, UT 84606 |
| **Entity** | Sole Ownership |
| **Issue Date** | 06/29/2010 |
| **Expire Date** | 06/30/2014 |
| **License Status** | **ACTIVE**<br>This license is current and active. All information below should be reviewed. |
| **Additional Information** | The license may be suspended on 04/17/2013 if a current workers' compensation insurance policy is not filed with the CSLB. |

| **Classifications** | **CLASS** | **DESCRIPTION** |
|---|---|---|
| | B | GENERAL BUILDING CONTRACTOR |

| | |
|---|---|
| **Bonding** | **CONTRACTOR'S BOND**<br>This license filed a Contractor's Bond with<br>AMERICAN CONTRACTORS INDEMNITY COMPANY,<br>**Bond Number:** 100129635<br>**Bond Amount:** $12,500<br>**Effective Date:** 06/21/2010 |
| **Workers' Compensation** | **WORKERS' COMPENSATION**<br>This license is exempt from having workers compensation insurance; they certified that they have no employees at this time.<br>**Effective Date:** 01/30/2010<br>**Cancellation Date:** 03/18/2013 |

**EXHIBIT "B"**
**CSLB Website Printout – Irontown Housing Company, Inc.**



DEPARTMENT OF CONSUMER AFFAIRS
# Contractors State License Board

# Contractor's License Detail - License # 982126

⚠ **DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

-» CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.

-» Per B&P 7071.17 , only construction related civil judgments reported to the CSLB are disclosed.

-» Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.

-» Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

| License Number | **982126** | | Extract Date 3/26/2013 |
|---|---|---|---|
| **Business Information** | IRONTOWN HOUSING COMPANY INC | | |
| | Business Phone Number: (801) 798-9005 | | |
| | 1947 N CHAPPEL DRIVE SPANISH FORK, UT 84660 | | |
| **Entity** | Corporation | | |
| **Issue Date** | 03/19/2013 | | |
| **Expire Date** | 03/31/2015 | | |

| **License Status** | **ACTIVE** |
|---|---|
| | This license is current and active. **All information below should be reviewed.** |

| **Classifications** | CLASS | DESCRIPTION |
|---|---|---|
| | B | GENERAL BUILDING CONTRACTOR |

| **Bonding** | **CONTRACTOR'S BOND** |
|---|---|
| | This license filed a Contractor's Bond with AMERICAN CONTRACTORS INDEMNITY COMPANY. |
| | **Bond Number:** 100215414 |
| | **Bond Amount:** $12,500 |
| | **Effective Date:** 02/07/2013 |
| | **BOND OF QUALIFYING INDIVIDUAL** |
| | 1.  The Responsible Managing Officer (RMO) VALGARDSON RICHARD PAUL certified that he/she owns 10 percent or more of the voting stock/equity of the corporation. A bond of qualifying individual is **not** required. |
| | **Effective Date:** 03/19/2013 |

| **Workers' Compensation** | **WORKERS' COMPENSATION** |
|---|---|
| | This license has no California employees. Any employees they have are covered by out of state insurance. |